AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

RICHARD I. BLACKSTON
Plaintiff

v.

CMS
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-448

I, RICHARD I. BLACKSTON, declare that I am the (check appropriate box)

• • Petitioner/(Plaintiff)/Movant       • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED**
JUL 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   •(Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  H.R.Y.C.I.

   Inmate Identification Number (Required):  215299

   Are you employed at the institution? YES  Do you receive any payment from the institution? YES

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   •(No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • •(No)
   b. Rent payments, interest or dividends              • • Yes    • •(No)
   c. Pensions, annuities or life insurance payments    • • Yes    • •(No)
   d. Disability or workers compensation payments       • • Yes    • •(No)
   e. Gifts or inheritances                             • • Yes    • •(No)
   f. Any other sources                                 • • Yes    • •(No)

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes    • (No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes    • (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   NONE.

I declare under penalty of perjury that the above information is true and correct.

7-20-06                    Richard I. Blackston
DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE 19801
(BUSINESS ADDRESS)

# Memorandum

06-448
Pod 2V-2n

To:     Richard Blackston

From:   Ms. Hill (Business Office)

Date:   July 20, 2006

Re:     Response to your letter.

FILED
JUL 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

---

Mr. Blackston,

Here is your resident account history per your request.

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
07/20/06 09:40
ST 007 / OPR JMH

SBI              :  215299
Resident Name    :  BLACKSTON, RICHARD
Time Frame       :  01/25/2006 14:13 - 07/20/2006 09:40

------------------------------------------------------------------------------
Date         Time    Type              ST   OPR    Receipt #     Amount    Balance
------------------------------------------------------------------------------

01/25/2006   14:13   Add                5   kcd    E12882         35.00      96.44
01/31/2006   11:18   Order              2   DDT    B99369         29.92      66.52
01/31/2006   11:47   Rec Payment       10   LIH    J1004           0.75      65.77
02/07/2006   10:12   Order              2   DDT    B100379        17.58      48.19
02/14/2006   09:24   Order              2   DDT    B101649        18.64      29.55
02/21/2006   08:28   Order              2   DDT    B102452         9.33      20.22
02/28/2006   08:45   Order              2   DDT    B103482        10.86       9.36
03/01/2006   10:46   Order              9   DDT    I6689           0.50       8.86
03/07/2006   10:46   Order              2   WLH    B104612         7.88       0.98
03/13/2006   14:15   Order              2   DDT    B105685         0.79       0.19
04/24/2006   12:28   Add                4   SEA    D46415         20.00      20.19
04/24/2006   14:50   Rec Payment        7   jmh    G10098          4.00      16.19
04/25/2006   09:19   Order              2   DDT    B112225        16.06       0.13
04/28/2006   09:25   Credit             3   WLH    C12085          0.42       0.55
04/28/2006   14:11   Credit             9   WLH    I7136          15.64      16.19
05/11/2006   08:32   Add               10   bsp    J3132           2.52      18.71
05/16/2006   05:46   Order              2   DDT    B115107        18.38       0.33
06/08/2006   11:22   Add               10   bsp    J3643          18.91      19.24
06/12/2006   06:44   Order              2   DDT    B118927        17.84       1.40
06/28/2006   15:23   Rec Payment       10   bsp    J4013           0.25       1.15
07/10/2006   06:58   Order              2   DDT    B122981         1.04       0.11
07/11/2006   14:37   Add               10   bsp    J4227          24.80      24.91
07/17/2006   06:51   Order              2   WLH    B123979        22.61       2.30
```