IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD I. BLACKSTON, )
)
Plaintiff, )
)
v. ) Civ. No. 06-448-SLR
)
CORRECTIONAL MEDICAL SYSTEMS, )
)
Defendant. )

FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

**AUTHORIZATION**

I, Richard I. Blackston, SBI # 215299 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.90 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 9., 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 8-15-06, 2006.

Richard I Blackston (SLR)
Signature of Plaintiff

Richard E Blackston
P.O. Box 9561
Wilminston Del,
19809

WILMINGTON DE 197
21 AUG 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

legal - Mail

19801+3519 C012