IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD I. BLACKSTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-448 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) ) | |
| | ) | TRIAL BY JURY DEMANDED |
| DEFENDANT. | ) | |

## MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Correctional Medical Services, Inc. (Incorrectly named Correctional Medical Systems) (hereinafter "CMS"), through its undersigned counsel, hereby moves this Honorable Court to enter the attached Order, granting it an extension of time until January 22, 2007 in which to respond to Plaintiff's Complaint and, in support thereof, avers as follows:

1. A Waiver of Service was returned executed by Defendant, CMS, on December 1, 2006.

2. Because of the nature of the allegations in Plaintiff's Complaint and delays created by the holiday season, the undersigned defense counsel requires additional time to obtain and review Plaintiff's medical and dental records in order to respond to Plaintiff's Complaint.

WHEREFORE, Defendant, Correctional Medical Services, Inc., respectfully moves this Honorable Court to enter the attached Order, granting it an extension of time until January 22, 2007 in which to respond to Plaintiff's Complaint.

                          MARSHALL, DENNEHEY, WARNER,
                          COLEMAN & GOGGIN


BY:    /s/ Eric Scott Thompson
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      ERIC SCOTT THOMPSON. ESQ.
      DE Bar ID: 4633
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorneys for Defendant, Correctional
      Medical Services, Inc.

DATED: December 22, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\398085\ESTHOMPSON\13252\00178

**CERTIFICATE OF SERVICE**

I, Kevin J. Connors, hereby certify that a copy of the **MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** has been served by electronic mail and first class mail upon the following:

Richard I. Blackston
SBI # 215299
HRYCI
P.O. Box 9561
Wilmington, DE 19809

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY: __/s/ Eric Scott Thompson__
           KEVIN J. CONNORS, ESQ.
           DE Bar ID: 2135
           ERIC SCOTT THOMPSON. ESQ.
           DE Bar ID: 4633
           1220 North Market Street, 5th Fl.
           P.O. Box 8888
           Wilmington, DE 19899-8888
           Attorneys for Defendant, Correctional
           Medical Services, Inc.

DATED: December 22, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\398085\ESTHOMPSON\13252\00178

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD I. BLACKSTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 06-448 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) ) | |
| | ) | TRIAL BY JURY DEMANDED |
| DEFENDANT. | ) | |

## O R D E R

**AND NOW,** this _____ day of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., for Extension of Time to Respond to Plaintiff's Complaint and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendant, Correctional Medical Services, Inc., shall respond to Plaintiff's Complaint on or before January 22, 2007.

_____
J.

\15_A\LIAB\ESTHOMPSON\LLPG\398087\ESTHOMPSON\13252\00178