**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4370
Email:esthompson @mdwcg.com



May 7, 2007

Via E-File & Serve
The Honorable Chief Judge Sue L. Robinson
U.S. District Court of the District of Delaware
844 N. King Street, Lock Box 31
Wilmington, DE 19801

  RE: Richard I. Blackston v. Correctional Medical Services, Inc.
    Our File No.: 13252-00178
    WLI Claim No.: VHS-05-55990
    C.A. No.: 06-448 SLR

Dear Judge Robinson:

  The undersigned attorney represents the sole defendant in this matter, Correctional Medical Services, Inc. Plaintiff, Richard I. Blackston, is proceeding pro se. The Motion of Defendant, Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint, (D.I. #11), was filed on January 31, 2007. To date, plaintiff has not filed a Response to the Motion to Dismiss, nor has plaintiff requested an extension of time to do so. Accordingly, defendant, Correctional Medical Services, Inc., respectfully requests that its Motion to Dismiss, (D.I. # 11), be treated as unopposed by this Honorable Court.

  I thank your Honor for consideration of this request.

            Very truly yours,

            */s/ Eric Scott Thompson*

            Eric Scott Thompson

KJC/EST/vll

Cc: Richard I. Blackston – via U. S. Mail
  SBI # 215299
  Clerk of Court – vial E-File & Serve
\15_A\LIAB\KJCONNORS\CORR\426766\VLLUCAS\13252\00178

**The Honorable Chief Judge Sue L. Robinson**
**May 7, 2007**
**Page 2**

---

Richard I. Blackston
SBI # 215299
H. R. Y. C. I
PO Box 9561
Wilmington, DE 19809