IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD I. BLACKSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-448-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 21st day of June, 2007, defendant having filed a motion to dismiss the complaint and an accompanying exhibits (D.I. 11 and 12);

IT IS ORDERED that:

1. Because matters outside of the pleadings were presented to the court in support of said motion to dismiss, the court will review the motion as one for summary judgment pursuant to Fed. R. Civ. P. 12(b) and 56(b).

2. Briefing on this motion shall proceed in accordance with the following schedule:

   a) Plaintiff shall file and serve a response to defendant's motion (including an answering brief and accompanying affidavits, exhibits, etc., if any) on or before **July 20, 2007**.

    b) Defendant may file and serve a reply brief on or before **August 2, 2007**.

                _____
                  United States District Judge