## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD I. BLACKSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-448-SLR |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS (CMS) | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS"), TO DEEM DISPOSITIVE MOTION UNOPPOSED AND TO ENTER JUDGMENT IN FAVOR OF CORRECTIONAL MEDICAL SERVICES, INC.**

Defendant, Correctional Medical Services, Inc (incorrectly designated as "Correctional Medical Systems") ("CMS"), through its undersigned attorneys, hereby moves this Honorable Court to consider CMS' Motion to Dismiss as unopposed and to enter judgment in its favor and against plaintiff and, in support thereof, avers as follows:

1. On January 31, 2007, defendant, CMS, filed a Motion to Dismiss Plaintiff's Complaint. D. I. #11.

2. Plaintiff did not file a timely Response to CMS' Motion to Dismiss Plaintiff's Complaint.

3. On May 8, 2007, the undersigned counsel submitted a written request to the Honorable Court, requesting that CMS' Motion to Dismiss Plaintiff's Complaint be treated as unopposed. D.I. #14.

4. On June 22, 2007, this Honorable Court issued an Order, D.I. #15, setting a briefing schedule for CMS' Motion to Dismiss Plaintiff's Complaint, which required plaintiff to file his Answering Brief on or before July 20, 2007. Id.

5. To date, plaintiff has still not filed an Answering Brief.

6. Plaintiff did not initially respond to CMS' Motion to Dismiss Plaintiff's Complaint and now, a second time, he has failed to do so in accordance with this Court's Order setting a briefing schedule, D. I. #15.

7. Because plaintiff has failed to file an Answering Brief in accordance with the Court Order setting the briefing schedule for its Motion to Dismiss, CMS respectfully requests this Honorable Court to treat its Dispositive Motion as unopposed, to grant it and to enter the attached Order, dismissing plaintiff's Complaint against CMS with prejudice and entering judgment in favor of CMS and against plaintiff.

WHEREFORE, defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), respectfully moves this Honorable Court to enter the attached Order, dismissing plaintiff's Complaint against it with prejudice and entering judgment in favor of defendant, Correctional Medical Services, Inc., and against plaintiff.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Eric Scott Thompson*
ERIC SCOTT THOMPSON, ESQ.
DE Bar ID: 4633
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorneys for Defendant, Correctional Medical Services, Inc.

DATED: August 6, 2007

\15_A\LIAB\KJCONNORS\LLPG\443462\VLLUCAS\13252\00178

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD I. BLACKSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-448-SLR |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS | ) | JURY TRIAL |
| (CMS) | ) | DEMANDED |
| | ) | |
| Defendant. | ) | |

**ORDER**

And now this _____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., (incorrectly designated as "Correctional Medical Systems") to Deem Dispositive Motion Unopposed and to Enter Judgment in Favor of Correctional Medical Services, Inc. it is hereby ordered that the Motion of Defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems") to Deem Dispositive Motion Unopposed and to Enter Judgment in Favor of Correctional Medical Services, Inc. is granted.  It is further Ordered that plaintiff's Complaint against Defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), is dismissed with prejudice and that judgment is entered in favor of defendant, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems"), and against plaintiff.

_____
Judge Sue L. Robinson

\15_A\LIAB\KJCONNORS\LLPG\443471\VLLUCAS\13252\00178

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD I. BLACKSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-448-SLR |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS (CMS) | ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below two true and correct copies of the foregoing MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems") TO DEEM DISPOSITIVE MOTION UNOPPOSED AND TO ENTER JUDGMENT IN FAVOR OF CORRECTIONAL MEDICAL SERVICES, INC. in the above-captioned matter this date via e-filing and/or regular mail:

Richard I. Blackston
SBI # 215299
H. R. Y. C. I.
PO Box 9561
Wilmington, DE 19809

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY: */s/Eric Scott Thompson*
        Eric Scott Thompson, Esquire #4633
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant,
        Correctional Medical Services, Inc
        (incorrectly designated as "Correctional Medical
        Systems")

Dated: August 6, 2007
\15_A\LIAB\KJCONNORS\LLPG\443465\VLLUCAS\13252\00178