IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD I. BLACKSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-448-SLR ) |
| CORRECTIONAL MEDICAL SERVICES, INC. | ) ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 16th day of August, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment is granted. (D.I. 11)

2. Defendant's motion to deem dispositive motion unopposed and enter judgment is denied as moot. (D.I. 16)

3. The Clerk of Court is directed to enter judgment for defendant and against plaintiff.

_____
United States District Judge