IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD I. BLACKSTON, )
)
    Plaintiff, )
)
v. )  Civ. No. 06-448-SLR
)
CORRECTIONAL MEDICAL )
SERVICES, INC., )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of August 16, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Correctional Medical Services, Inc. and against plaintiff Richard I. Blackston.

_____
United States District Judge

Dated: August 20, 2007

_____
(By) Deputy Clerk